IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEMONI PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. BOWEN, et al.,<br><br>　　　　Defendants. | No. 2:22-CV-0510-DJC-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 23, for an extension of time to file a second amended complaint. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited law library access as a result of various on- and off-again lockdowns, Plaintiff's motion is granted. Plaintiff shall file a second amended complaint within 60 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated: March 25, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1